112          15-0007 CR
kvS

CAUSE NO. 29941

| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| VS. | § | AT LAW |
| JOSEPH LOSOYA | § | ATASCOSA COUNTY, TEXAS |

### STATE'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the State of Texas by and through the undersigned attorney and, pursuant to Art. 44.01(a)(5) of the Code of Criminal Procedure, respectfully files this State's Notice of Appeal. Notice is hereby given that the State of Texas, in the above captioned case, hereby appeals to the Fourth Court of Appeals in San Antonio, Texas the order/judgment signed on the _21st_ day of _November_ 2014, granting the Defendant's, JOSEPH LOSOYA, Motion to Suppress Number One.

Jeopardy has not attached in the above captioned case.

The State of Texas hereby certifies that the appeal is not taken for the purposes of delay.

The State of Texas hereby further certifies that the evidence, confession, and/or admission is of substantial importance in the case.

Respectfully submitted,

Lucinda A. Vickers
County Attorney
#1 Courthouse Circle Drive #3-B
Jourdanton, Texas 78026
Ph. 830-769-3573
Fax 830-769-2757
SBN:____ _163 00 800_

Dennis Arriaga
Assistant County Attorney
#1 Courthouse Circle Drive #3-B
Jourdanton, Texas 78026
Ph. 830-769-3573
Fax 830-769-2757
SBN: 24068021

## CERTIFICATE OF SERVICE

This is to certify that on the _4ᵗʰ_ day of _December_ 2014, a true and correct copy of the above and foregoing document was served on <u>George Scharmen and Carly Kitchens</u> at 315 Dwyer, San Antonio, Texas 78204 by facsimile at 210-224-5722.

Dennis Arriaga

FILED FOR RECORD

2014 DEC -4 PM 1: 18

DIANE GONZALES
ATASCOSA COUNTY CLERK

BY _____ DEPUTY

36